## McMILLEN *v.* BETHOLD *et al.*

(April Term, 1864.)

AN APPEAL may be prayed at any time during the term at which the judgment appealed from was rendered.

APPEAL from the Circuit Court of McLean county.

Messrs. GLOVER, COOK & CAMPBELL, for the appellees, moved the court to dismiss the appeal upon the ground that " the said

appeal was not prayed for at the time of rendering the judgment, as provided for by the statute," citing Scates' Comp. 264, § 47.

It appeared from the record that the judgment was rendered in the court below on the 9th day of March, 1863, and the appeal was not prayed until the 13th day of the same month, but during the same term of the court.

Per CURIAM: It was distinctly settled in the case of *Balance* v. *Frisby*, 1 Scam. 595, that the appeal may be prayed at any time during the term of the court at which the judgment was rendered.

*Motion denied.*